# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 5/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | ABA Center for Innovation |
| 2. | Council Member, Membership Committee Member | American Law Institute |
| 3. | Co-Chair, Pro Bono Committee | ABA Business Law Section |
| 4. | Senior Advisory Board Member | Harvard Law School Association |
| 5. | Board Member | New York Law Instituute |
| 6. | Executive Committee Member, Delegate to ABA House of Delegates | ABA Judicial Division National Conference of Federal Trial Judges |
| 7. | Board Member | Practising Law Institute |
| 8. | Board Member | P.R.I.M.E. Finance |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Brooklyn Law School - teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Federal Reserve Bank of New York retirement benefit ( ) |
| 2. 2020 | HSBC Technology and Services Inc. (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 9-12, 2020 | Laguna Montage, CA | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | American Law Institute | January 15-17, 2020 | Philadelphia, PA | ALI Council meeting | transportation, meals, lodging |
| 3. | PRIME Finance | January 31-February 5, 2020 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 4. | American Bar Association | February 13-17, 2020 | Austin, TX | ABA Midyear meeting | transportation, meals, lodging |
| 5. | American Law Institute | February 27-29, 2020 | Malibu, CA | ALI International Commercial Restatement symposium | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  JP Morgan accounts | A | Interest | O | T | | | | | |
| 2.  Citibank accounts | D | Interest | O | T | | | | | |
| 3.  HSBC accounts | A | Interest | N | T | | | | | |
| 4.  Teachers Credit Union accounts | A | Interest | K | T | | | | | |
| 5.  Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6.  AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7.  ExxonMobil Corp. common stock | B | Dividend | K | T | | | | | |
| 8.  Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9.  US Treas Bills 01/21/20 | A | Interest | | | Redeemed | 01/21/20 | M | | |
| 10.  US Treas Bills 04/23/20 | A | Interest | | | Buy | 01/24/20 | M | | |
| 11.  US Treas Bills 04/23/20 | A | Interest | | | Redeemed | 04/23/20 | M | | |
| 12.  US Treas Bills 02/27/20 | A | Interest | | | Redeemed | 02/27/20 | M | | |
| 13.  US Treas Bills 03/19/20 | A | Interest | | | Redeemed | 03/19/20 | M | | |
| 14.  US Treas Bills 05/28/20 | A | Interest | | | Buy | 02/27/20 | M | | |
| 15.  US Treas Bills 05/28/20 | A | Interest | | | Redeemed | 05/28/20 | M | | |
| 16.  Orange City NY Pub Impt Bds | A | Interest | K | T | | | | | |
| 17.  Metropolitan Transn Auth NY | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. New York NY Ser 1 Subser 1-1 | A | Interest | | | Redeemed | 03/02/20 | K | | |
| 19. New York St Hsg Fin Agy Rev Issues | A | Interest | K | T | | | | | |
| 20. Yonkers NY Rfdg-Sch-Ser B | A | Interest | K | T | | | | | |
| 21. Somers NY Cent Sch Dist | A | Interest | K | T | | | | | |
| 22. New York St Dorm Auth Pers Inc Tax Ser D | A | Interest | | | Redeemed | 02/18/20 | J | | |
| 23. Port Auth NY & NJ Cons Bonds | A | Interest | | | Redeemed | 11/16/20 | J | | |
| 24. Oneida NY Pub Impt | A | Interest | K | T | | | | | |
| 25. East Hampton TWN NY RFDG | A | Interest | K | T | | | | | |
| 26. Western Asset InstI Liquid Res | A | Dividend | N | T | | | | | |
| 27. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | A | Dividend | | | Merged (with line 28) | 01/01/20 | N | | |
| 28. WF&G DC and 401K Plan-Scudder Stable Value Fund | C | Dividend | O | T | | | | | |
| 29. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 30. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At some point prior to 2020, the Plan Administrator for the WF&G Plan-Legal Serv Pers-Scudder Stable Value Fund (Part VII line 27) merged that Plan into the WF&G DC and 401K Plan-Scudder Stable Value Fund (Part VII line 28). Due to an inadvertent omission, I did not report this previously.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth S. Stong**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544